356

**TA CHEN STAINLESS STEEL PIPE, LTD., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 02–1332.

United States Court of Appeals,
Federal Circuit.

June 14, 2004.

Before CLEVENGER, BRYSON, and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**FOR YOUR EASE ONLY, INC., Plaintiff–Appellant,**

v.

**NATURAL SCIENCE INDUSTRIES, LTD., Defendant–Appellee.**

No. 03–1642.

United States Court of Appeals,
Federal Circuit.

June 14, 2004.

Before MAYER, Chief Judge, BRYSON and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.